**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 02-10267

ALON USA LP,

Appellant,

VERSUS

AKARD STREET FUELS LP; MORGAN STANLEY DEAN WITTER MORTGAGE
CAPITAL INC; MESBIE VENTURES,

Appellees.

Appeal from the United States District Court
For the Northern District of Texas, Dallas

(                              )

March 5, 2003

Before DeMOSS, STEWART, Circuit Judges and FALLON,[1] District Judge.

PER CURIAM:[2]

This appeal is dismissed based on the settlement agreement
between the parties.

---

[1]The Honorable Eldon E. Fallon, District Judge for the Eastern
District of Louisiana, sitting by designation.

[2]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this
opinion should not be published and is not precedent except under
the limited circumstances set forth in 5TH CIR. R. 47.5.4.